```
                                                    FILED
                                                 MAR 24 2000
IN THE UNITED STATES DISTRICT COURT
    DISTRICT OF SOUTH CAROLINA              LARRY W. PROPES, CLERK
        CHARLESTON DIVISION                     CHARLESTON, SC
```

| | |
|---|---|
| United States of America, *ex. rel* Bruce S. Skinner, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> North Trident Regional Hospital, Inc., Columbia/HCA Healthcare Corp. of South Carolina, Inc., Columbia Physician Services, Inc., and Columbia/HCA Healthcare Corporation, <br><br> Defendants | CA: 2:00-76-23RB |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. the seal be lifted as to all other matters occurring in this action after the date of this Order;

3. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4. all orders of this Court shall be sent to the United States; and that



5. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 23 day of March, 2000.

_____
The Honorable Michael Duffy
United States District Judge

WALLACE W. DIXN
USMCJ